Edward W. Hess, Jr. (SBN: 81902)
Phillip B. Nghiem (SBN: 291525)
**HN INJURY LAWYERS**
1905 North Main St.
Santa Ana, CA 92706
Tel: (657) 333-5726
Fax: (877) 488-3234

**info@hn-lawyers.com**

Attorneys for Plaintiff Kim Goldsby

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kim Goldsby<br><br>    Plaintiff,<br><br>    vs.<br><br>Delta Air Lines, Inc. and Does 1-5, inclusive.<br><br>    Defendants. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331(a), and 28 U.S.C.§ 1367(a) and the Convention for Unification of Certain Rules for International Carriage by Air, May 28, 1999 (commonly and hereinafter referred to as the "Montreal Convention") reprinted in S. Treaty Doc. No. 106-54.

//

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

2. This action is based on an accident which occurred, on or about July 6, 2023, on board an aircraft, operated by Defendant Delta Air Lines, Inc.("Delta"), causing serious injury to Plaintiff, a passenger in international travel at such time on such aircraft.

3. Venue is proper pursuant to 28 U.S.C. § 1391 in that Delta regularly operates aircraft into and out of airports in this district.

## PARTIES

4. Defendant Delta is a Delaware corporation with principal place of business at Atlanta in the State of Georgia

5. Plaintiff is, and at all times relevant, was a resident of the State of California.

6. The true names and capacities of Defendants sued herein as "Doe" are unknown to Plaintiff who therefore sues such Defendants by their fictitious names.  Plaintiff is informed and believes and thereon alleges that each defendant sued herein as "Doe" is in some manner responsible for the incident which is the subject of this action and Plaintiff's resultant injuries and damages. Plaintiff is informed and believes and thereon alleges that each Defendant "DOE" was at relevant times the principal, agent, servant, or employee of each other Defendant "DOE" and in doing or failing to do those acts alleged herein was acting in the course and scope of such agency or employment.

## FACTUAL ALLEGATIONS

7. On or about July 6, 2023, Plaintiff was a passenger on a Delta flight bound for Los Angeles International Airport (LAX) from John F Kennedy International Airport (JFK). Plaintiff had already taken her seat when a late arriving passenger, identity unknown to Plaintiff and therefore sued herein as Defendant DOE 1, came on board and attempted to force a carry-on bag into a

crowded overhead bin. In the process of attempting to force her bag into the overhead bin DOE 1 lost control of the bag which fell, striking Plaintiff on her neck and shoulder ("the subject accident")

8. Plaintiff was on the subject JFK to LAX flight as part of a continuation of her air travel on Delta from Ghana, Africa with her final destination being LAX.

9. As a proximate result of the subject accident Plaintiff was injured in her health, strength, and activity, all of which have caused and continue to cause Plaintiff great mental, physical pain and suffering, all to Plaintiffs' damage in an amount to be shown according to proof.

10. As a proximate result of the subject accident Plaintiff necessarily employed physicians and other health care providers for medical examinations, treatments, and care and as a result has and will in the future incur medical and incidental expenses all in amounts presently unknown to Plaintiff but which will be shown according to proof at the time of trial.

## CAUSES OF ACTION ALLEGED BY PLAINTIFF

## COUNT I
### (FOR DAMAGES AGAINST DELTA PURSUANT TO THE MONTREAL CONVENTION)

11.     The reasonable value of the injury and damage sustained by Plaintiff in the subject accident is substantially in excess of 128,821 Special Drawing Rights or approximately not less than $171,240 which, by reason forgoing Plaintiff is entitled to recover as against Delta pursuant to Articles 17 and 21 of the Montreal Convention.

//

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## COUNT II

### (FOR DAMAGES AGAINST DEFENDANTS DOE 1-5)

12. The subject accident was caused by the carelessness and recklessness of Defendant DOE 1. By reason thereof Plaintiff is entitled to recover damages against Defendants DOE 1-5 as alleged in paragraphs 9 and 10 of this Complaint in an amount according to proof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that judgment as follows:

### COUNT I

1. For damages, general and special as against Defendant Delta in the amount of 128,821 Special Drawing Rights;
4. For costs of suit incurred herein; and
5. For such other and further relief as the Court deems just and proper.

### COUNT II

1. For damages, general and special as against Defendants DOE 1-5, and each of them jointly and severally in an amount to be shown according to proof;
4. For costs of suit incurred herein; and
5. For such other and further relief as the Court deems just and proper.

//
//
//
//

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

**DEMAND FOR TRIAL BY JURY**

Pursuant to the Seventh Amendment to the Constitution of the United States of America, Plaintiff is entitled to, and demands, a trial by jury.

Dated: October 24, 2023,            Respectfully Submitted

                                   **HN INJURY LAWYERS**

By:_____
        Edward W. Hess, Jr.
        Attorneys for Plaintiff